### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC § | |
| § | |
| v.  § | CASE NO. 2:26-cv-023-JRG |
| § | |
| POPEYES LOUISIANA KITCHEN, INC. § | |

### ORDER

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

**So ORDERED and SIGNED this 12th day of January, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE