AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC  *Plaintiff(s)*  v.  POPEYES LOUISIANA KITCHEN, INC.  *Defendant(s)* | Civil Action No. 2:26-cv-00023 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  POPEYES LOUISIANA KITCHEN, INC.
c/o Registered Agent
CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Ramey, III
RAMEY LLP
446 Montrose Blvd.
Suite 200
Houston, Texas 77007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __1/9/2026__                            *David A. O'Toole*
                                              *Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00023

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

*SERVICE RETURN ATTACHED*

_____
Server's address

Additional information regarding attempted service, etc:

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

# RETURN OF SERVICE
## United States District Court
## Eastern District of Texas

Case Number: 2:26-CV-00023-JRG

Plaintiff:
**Wolverine Barcode IP, LLC**

vs.

Defendant:
**Popeyes Louisiana Kitchen, Inc.**

Received by Francisco Carreras on the 3rd day of February, 2026 at 11:07 am to be served on **Popeyes Louisiana Kitchen, Inc. by serving its registered agent, CT Corporation System, 1200 South Pine Island Road, Plantation, FL 33324.**

I, Francisco Carreras, do hereby affirm that on the **3rd day of February, 2026** at **3:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint for Patent Infringement and Exhibits A and B** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Supervisor CT Corp** for **Popeyes Louisiana Kitchen, Inc.**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1). Service was completed per FSS 48 and /or Federal Rules of Civil Procedures Rule 4, 28 U.S.C. 1608 and/or congruent to the rules of The State or Jurisdiction in which the summons, subpoena or document originated. .

**Francisco Carreras**
#582

**ATX Process, LLC**

Our Job Serial Number: BPC-2026000610
Ref: 2026001353

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e