EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

WOLVERINE BARCODE IP, LLC
Plaintiff

v.                                                                    Civ. No. 2:26-CV-00023

POPEYES LOUISIANA KITCHEN, INC.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:   POPEYES LOUISIANA KITCHEN, INC.

Date Party's answer was originally due:   02/24/2026

Date Party's answer is now due (must not exceed 45 days after original due date):   04/10/2026

Date: 02/23/2026           /s/ Neil McNabnay
                           Full Name: Neil J. McNabnay
                           State Bar No.: 24002583
                           Address: 1717 Main Street
                                    Suite 5000
                                    Dallas, TX 75201

                           Phone: 214-747-5070
                           Fax: 214-747-2091
                           Email: mcnabnay@fr.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)