**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| **Plaintiff,** | **Civil Action No: 2:26-cv-00023** |
| **v.** | **PATENT CASE** |
| **POPEYES LOUISIANA KITCHEN, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

<u>**NOTICE OF APPEARANCE**</u>

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Defendant Popeyes Louisiana Kitchen, Inc. in this matter. Counsel consents to electronic service of all papers in this matter.

1

Dated: April 9, 2026

Respectfully submitted,

By: */s/ Riley J. Green*
Riley J. Green
Texas Bar No. 24131352
rgreen@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANT**
**POPEYES LOUISIANA KITCHEN, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on April 9, 2026, to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system.

*/s/ Riley J. Green*
Riley J. Green