**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| **Plaintiff,** | **Civil Action No: 2:26-cv-00023** |
| **v.** | **PATENT CASE** |
| **POPEYES LOUISIANA KITCHEN, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Before the Court is Defendant's Motion to Dismiss for Failure to State a Claim.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.