**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    **Plaintiff,** | **Civil Action No. 2:26-cv-00023** |
| **v.** | |
| **POPEYES LOUISIANA KITCHEN, INC.,**<br>    **Defendant** | **JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

The Court, having reviewed Defendant's Motion to Dismiss, Plaintiff's Response, and all other evidence of record is of the OPINION that it should be DENIED.

Therefore, it is ORDERED that Defendant's Motion is DENIED.


_____                    _____
Date                                                            Honorable Judge Presiding