**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| **Plaintiff,** | **Civil Action No: 2:26-cv-00023** |
| **v.** | **PATENT CASE** |
| **POPEYES LOUISIANA KITCHEN, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANT'S MOTION TO DISMISS**

Defendant Popeyes Louisiana Kitchen, Inc. files this Unopposed Motion for Extension of Time to file its Reply in Support of its Motion to Dismiss and respectfully shows the following:

Defendant filed its Motion to Dismiss for Failure to State a Claim on April 9, 2026 (Dkt. 12). Defendant conferred with Plaintiff's counsel on April 29, 2026. Plaintiff does not oppose this request.

Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to file its Reply up to and including May 8, 2026.

Dated: April 29, 2026

Respectfully submitted,

By: */s/ Riley J. Green*
    Neil J. McNabnay
    Texas Bar No. 24002583
    mcnabnay@fr.com
    Lance E. Wyatt, Jr.
    Texas Bar No. 24093397
    wyatt@fr.com
    Riley J. Green
    Texas Bar No. 24131352
    rgreen@fr.com
    **FISH & RICHARDSON P.C.**
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    (214) 747-5070 (Telephone)
    (214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANT**
**POPEYES LOUISIANA KITCHEN, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on April 29, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Riley J. Green
Riley J. Green

**CERTIFICATE OF CONFERENCE**

Counsel for the parties met and conferred vial electronic mail on April 29, 2026.   The parties discussed their positions on this motion.  Counsel for Plaintiff indicated that they do not oppose this motion.

/s/ Riley J. Green
Riley J. Green

3