# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**Popeyes® Rewards**

# US9280689B2

United States

Inventor        Marvin T. Ling

Current Assignee Individual

Worldwide applications

2011  WO EP US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments
arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *Popeyes® Rewards* has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.<br><br><br><https://campaign.popeyes.com/rewards> © 2025 |



| | | |
|---|---|---|
| | |  |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a* **personal code** *["7a14cd7c-990e-4629-9027-f573d50c7524"] to a person for their use to* **purchase goods** *["Eligible Transaction"].*<br><br>*For example, Popeyes Rewards gives a customer a unique digital ID number so they can use it when making a qualifying purchase.* |
| | | ***personal code***<br><br>*7a14cd7c-990e-4629-9027-f573d50c7524*<br><br>*<https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcSP-9h81rqxQ2WU7nTwaROWpWY6XztM955Vdg&s>* |
| | | ***purchase goods*** |

| | | |
|---|---|---|
| | | Points earned in connection with an <u>Eligible Transaction</u> will be automatically applied to your Account within forty-eight (48) hours of completing the Eligible Transaction. A transaction that does not result in a completed transaction equal or greater than $0.01 USD (excluding applicable taxes, fees, or discounts) is not an Eligible Transaction.<br><br>*<https://www.popeyes.com/terms-conditions-rewards> © 2025* |
| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *(b) converting said **personal code ["7a14cd7c-990e-4629-9027-f573d50c7524"]** into barcode format to form a **User ID Barcode [SEE IMAGE of barcode]**, said **User ID Barcode [SEE IMAGE of barcode]** corresponding to said **personal code ["7a14cd7c-990e-4629-9027-f573d50c7524"]** and including at least one **special character [DIFFERENT CODES, "-"]** to distinguish the barcode as a **User ID Barcode [SEE IMAGE of barcode]** from a **product barcode [SEE IMAGE of barcode]**.*<br><br>*For example, Popeyes Rewards turns the customer's unique ID number into a barcode that can be scanned at the store. This barcode is clearly marked as a customer ID and not a product barcode.* |
| | | **personal code**<br><br>**7a14cd7c-990e-4629-9027-f573d50c7524**<br><br>*<https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcSP-9h81rqxQ2WU7nTwaROWpWY6XztM955Vdg&s>* |
| | | ***User ID Barcode*** |





| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said* **personal code ["7a14cd7c-990e-4629-9027-f573d50c7524"]** *in said* **User ID Barcode [SEE IMAGE of barcode]** *format by said person for use to* **purchase goods ["Eligible Transaction"]** *and storing said* **personal code ["7a14cd7c-990e-4629-9027-f573d50c7524"]** *in a* **User Vendor Management Server ["computer on-line systems, servers"]** *to permit purchases to be made at a vendor.*<br><br>*For example, Popeyes Rewards saves the customer's unique ID number both as a barcode on the customer's device and in its online computer systems. This allows the ID to be used later to make and track eligible purchases at a Popeyes restaurant.* |
|  |  | **personal code**<br><br>**7a14cd7c-990e-4629-9027-f573d50c7524** |

*<https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcSP-9h81rqxQ2WU7nTwaROWpWY6XztM955Vdg&s>*

**User ID Barcode**



| | | |
|---|---|---|
| | | Points earned in connection with an <u>Eligible Transaction</u> will be automatically applied to your Account within forty-eight (48) hours of completing the Eligible Transaction. A transaction that does not result in a completed transaction equal or greater than $0.01 USD (excluding applicable taxes, fees, or discounts) is not an Eligible Transaction.<br><br>*<https://www.popeyes.com/terms-conditions-rewards> © 2025* |
| | | ***User Vendor Management Server***<br><br>(a) late, lost, misdirected, delayed, incomplete or incompatible Program-related Information (all of which are void); (b) any failure of an Account, the Website, the App or any other Program-related software, hardware or other type of system; (c) any technical malfunction or other problems of any nature whatsoever, including, without limitation, those relating to the telephone network or lines, computer <u>on-line systems, servers</u>, access providers, computer equipment or software; (c) any injury or damage to Member's or any other person's computer, mobile device, tablet or other device related to or resulting from participating in the Program; and/or (d) any combination of the above.<br><br>*<https://www.popeyes.com/terms-conditions-rewards> © 2025* |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a **User Account ["Popeyes Rewards account"]** in a **User Vendor Management Server ["computer on-line systems, servers"]** corresponding to said **personal code ["7a14cd7c-990e-4629-9027-f573d50c7524"]**.*<br><br>*For example, Popeyes Rewards creates a customer rewards account in its online computer system and links that account to the customer's unique ID number.* |
| | | ***User Account*** |

| | | |
|---|---|---|
| | | Members can contact our support team at popeyes.com/support if they are having any issues with their Popeyes Rewards account, transactions, or points.<br><br>*<https://campaign.popeyes.com/rewards> © 2025* |
| | | ***User Vendor Management Server***<br><br>(a) late, lost, misdirected, delayed, incomplete or incompatible Program-related Information (all of which are void); (b) any failure of an Account, the Website, the App or any other Program-related software, hardware or other type of system; (c) any technical malfunction or other problems of any nature whatsoever, including, without limitation, those relating to the telephone network or lines, computer on-line systems, servers, access providers, computer equipment or software; (c) any injury or damage to Member's or any other person's computer, mobile device, tablet or other device related to or resulting from participating in the Program; and/or (d) any combination of the above.<br><br>*<https://www.popeyes.com/terms-conditions-rewards> © 2025* |
| | | ***personal code***<br><br>***7a14cd7c-990e-4629-9027-f573d50c7524***<br><br>*<https://encrypted-tbn0.gstatic.com/images?q=tbn:ANd9GcSP-9h81rqxQ2WU7nTwaROWpWY6XztM955Vdg&s>* |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit; | *(e) **depositing funds ["earn 10 points for every $1 spent"]** in said **User Account ["Popeyes Rewards account"]** to establish a **credit limit ["redeem points"]**.*<br><br>*For example, the customer earns 10 reward points for every dollar spent in their Popeyes Rewards account, and these points can later be redeemed for free or discounted items.* |
| | | ***User Account*** |

| | | |
|---|---|---|
| | | Members can contact our support team at popeyes.com/support if they are having any issues with their Popeyes Rewards account, transactions, or points.<br><*https://campaign.popeyes.com/rewards*> © 2025 |
| | | ***depositing funds***<br>Rewards members will earn 10 points for every $1 spent at a participating Popeyes® restaurants in select U.S. cities, by ordering on the Popeyes® App or Popeyes.com, or by paying with a linked card at an eligible location.<br><*https://campaign.popeyes.com/rewards*> © 2025 |
| | | ***credit limit***<br>Members can redeem points by selecting an eligible menu item in the Rewards menu of the Popeyes® App or Popeyes.com, and in restaurants at select locations.<br><*https://campaign.popeyes.com/rewards*> © 2025 |
| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting purchases at vendors each having a **vendor server ["computer on-line systems, servers"]** wherein each purchase includes scanning **product barcode [SEE IMAGE of barcode]**s including **product price ["price of the modifier"]** and said **User ID Barcode [SEE IMAGE of barcode]** with a **product barcode [SEE IMAGE of barcode]scanner ["QR code scanned in-store"]** at the **vendor cash register ["QR code scanned in-store"]** and transmitting both **product barcode [SEE IMAGE of barcode]**s and **User ID Barcode [SEE IMAGE of barcode]** to said **vendor server ["computer on-line systems, servers"]**.*<br><br>*For example, when a customer makes a purchase at a Popeyes location, the in-store system scans both the product barcodes (including the price of any modifiers) and the customer's User ID Barcode or QR code. Both the product information and the User ID are then sent to the online computer system or servers.*<br><br>***product price*** |

Each Eligible Menu Item excludes the cost of modifications, for example, requesting an extra breast in a mixed Signature Chicken offering. If Points are redeemed for an Eligible Item that includes a modifier, the price of the modifier will be charged separately. If additional menu items are being purchased in the Rewards-redemption transaction, the price of the additional menu items will be charged separately. Rewards-redemption transactions can involve use of one (1) digital offer/coupon but the digital offer/coupon cannot be used on the Eligible Menu Item that is being redeemed with Points. Print coupons cannot be used in a Rewards-redemption transaction or otherwise in connection with the Program. Eligible Menu Items are subject to availability at participating Popeyes® restaurants in the United States. Kitchen hours may vary byparticipating restaurant.

*<https://www.popeyes.com/terms-conditions-rewards> © 2025*

**User ID Barcode**





scanner

Members that comply with the Terms may redeem Points for Eligible Menu Items at participating Popeyes® restaurants in the United States on Digital Orders and at participating Popeyes® restaurants in the United States on in-store orders in accordance with the redemption requirements set forth herein. To redeem in store, the reward must first be added to a Member's Popeyes® account, and then the Member must have the QR code scanned in-store.Members can view the Eligible Menu Itemsand the points required to redeem them by visiting the Rewards section of the Website or App.

<*https://www.popeyes.com/terms-conditions-rewards*> *© 2025*

***vendor cash register***

Members that comply with the Terms may redeem Points for Eligible Menu Items at participating Popeyes® restaurants in the United States on Digital Orders and at participating Popeyes® restaurants in the United States on in-store orders in accordance with the redemption requirements set forth herein. To redeem in store, the reward must first be added to a Member's Popeyes® account, and then the Member must have the QR code scanned in-store.Members can view the Eligible Menu Itemsand the points required to redeem them by visiting the Rewards section of the Website or App.

<*https://www.popeyes.com/terms-conditions-rewards*> *© 2025*

| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the **User ID Barcode [SEE IMAGE of barcode]** at the **vendor server ["computer on-line systems, servers"]** and forwarding the ID Barcode and **purchase price ["price of the modifier"]** to said **User Vendor Management Server ["computer on-line systems, servers"]**.*<br><br>*For example, Popeyes Rewards detects the customer's User ID Barcode in the online computer system or servers and then sends both the User ID and the price of any* |
|---|---|---|

*modifiers to the system.*

**User ID Barcode**



Each Eligible Menu Item excludes the cost of modifications, for example, requesting an extra breast in a mixed Signature Chicken offering. If Points are redeemed for an Eligible Item that includes a modifier, the price of the modifier will be charged separately. If additional menu items are being purchased in the Rewards-redemption transaction, the price of the additional menu items will be charged separately. Rewards-redemption transactions can involve use of one (1) digital offer/coupon but the digital offer/coupon cannot be used on the Eligible Menu Item that is being redeemed with Points. Print coupons cannot be used in a Rewards-redemption transaction or otherwise in connection with the Program. Eligible Menu Items are subject to availability at participating Popeyes® restaurants in the United States. Kitchen hours may vary byparticipating restaurant.

*<https://www.popeyes.com/terms-conditions-rewards> © 2025*

***User Vendor Management Server***

| | | |
|---|---|---|
| | | (a) late, lost, misdirected, delayed, incomplete or incompatible Program-related Information (all of which are void); (b) any failure of an Account, the Website, the App or any other Program-related software, hardware or other type of system; (c) any technical malfunction or other problems of any nature whatsoever, including, without limitation, those relating to the telephone network or lines, computer on-line systems, servers, access providers, computer equipment or software; (c) any injury or damage to Member's or any other person's computer, mobile device, tablet or other device related to or resulting from participating in the Program; and/or (d) any combination of the above.<br><br>*<https://www.popeyes.com/terms-conditions-rewards> © 2025* |
| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the* **purchase price ["price of the modifier"]** *with the funds in said* **User Vendor Management Server ["computer on-line systems, servers"]** *to determine if there are available funds within the* **credit limit ["redeem points"]** *in the* **User Vendor Management Server ["computer on-line systems, servers"]** *account, and if there are, sending an* **approval signal ["in-restaurant receipt"]** *to the* **vendor server ["computer on-line systems, servers"]**.<br><br>*For example, Popeyes Rewards compares the price of the modifier with the available redeemable points in the online system or server account. If there are enough points, the system sends an in-restaurant receipt to the servers.*<br><br>**purchase price** |

Each Eligible Menu Item excludes the cost of modifications, for example, requesting an extra breast in a mixed Signature Chicken offering. If Points are redeemed for an Eligible Item that includes a modifier, the price of the modifier will be charged separately. If additional menu items are being purchased in the Rewards-redemption transaction, the price of the additional menu items will be charged separately. Rewards-redemption transactions can involve use of one (1) digital offer/coupon but the digital offer/coupon cannot be used on the Eligible Menu Item that is being redeemed with Points. Print coupons cannot be used in a Rewards-redemption transaction or otherwise in connection with the Program. Eligible Menu Items are subject to availability at participating Popeyes® restaurants in the United States. Kitchen hours may vary byparticipating restaurant.

*<https://www.popeyes.com/terms-conditions-rewards> © 2025*

***User Vendor Management Server***

(a) late, lost, misdirected, delayed, incomplete or incompatible Program-related Information (all of which are void); (b) any failure of an Account, the Website, the App or any other Program-related software, hardware or other type of system; (c) any technical malfunction or other problems of any nature whatsoever, including, without limitation, those relating to the telephone network or lines, computer on-line systems, servers, access providers, computer equipment or software; (c) any injury or damage to Member's or any other person's computer, mobile device, tablet or other device related to or resulting from participating in the Program; and/or (d) any combination of the above.

*<https://www.popeyes.com/terms-conditions-rewards> © 2025*

**credit limit**

Members can redeem points by selecting an eligible menu item in the Rewards menu of the Popeyes® App or Popeyes.com, and in restaurants at select locations.

*<https://campaign.popeyes.com/rewards> © 2025*

**approval signal**

If you forget to scan your in-app/web QR code during your in-restaurant purchase, please visit popeyes.com/claim-points to claim your Points within 48 hours of purchase. Account registration required. Claiming Points via in-restaurant receipt is only available at participating U.S. Popeyes® restaurants. Limit one (1) receipt per day is eligible for Points. A valid receipt is required to claim your Points. Lost, stolen, or misplaced receipts cannot be replaced.

*<https://www.popeyes.com/terms-conditions-rewards> © 2025*

| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the **approval signal** ["in-restaurant receipt"] to the **vendor cash register** ["QR code scanned in-store"].* |
| --- | --- | --- |
| | | *For example, Popeyes Rewards sends the in-restaurant receipt back to the QR code that was scanned in the store.* |

**approval signal**

If you forget to scan your in-app/web QR code during your in-restaurant purchase, please visit popeyes.com/claim-points to claim your Points within 48 hours of purchase. Account registration required. Claiming Points via in-restaurant receipt is only available at participating U.S. Popeyes® restaurants. Limit one (1) receipt per day is eligible for Points. A valid receipt is required to claim your Points. Lost, stolen, or misplaced receipts cannot be replaced.

*<https://www.popeyes.com/terms-conditions-rewards> © 2025*

**vendor cash register**

Members that comply with the Terms may redeem Points for Eligible Menu Items at participating Popeyes® restaurants in the United States on Digital Orders and at participating Popeyes® restaurants in the United States on in-store orders in accordance with the redemption requirements set forth herein. To redeem in store, the reward must first be added to a Member's Popeyes® account, and then the Member must have the QR code scanned in-store.Members can view the Eligible Menu Itemsand the points required to redeem them by visiting the Rewards section of the Website or App.

*<https://www.popeyes.com/terms-conditions-rewards> © 2025*

| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase | *(i) repeating steps (f) through (i) for subsequent **purchase transactions** ["Eligible* |
| --- | --- | --- |

| transactions using said User ID Barcode. | *Transaction"]* using said **User ID Barcode** **[SEE IMAGE of barcode]**.<br><br>*For example, Popeyes Rewards repeats steps (f) through (i) for any later Eligible Transaction using the same User ID Barcode.* |
| --- | --- |
| | ***purchase transactions***<br><br>Points earned in connection with an <u>Eligible Transaction</u> will be automatically applied to your Account within forty-eight (48) hours of completing the Eligible Transaction. A transaction that does not result in a completed transaction equal or greater than $0.01 USD (excluding applicable taxes, fees, or discounts) is not an Eligible Transaction.<br>*<https://www.popeyes.com/terms-conditions-rewards> © 2025* |
| | ***User ID Barcode*** |



- **PRODUCT/SERVICE = "Popeyes® Rewards"**

---

- *approval signal = "in-restaurant receipt"*
- *credit limit = "redeem points"*
- *depositing funds = "earn 10 points for every $1 spent"*
- *personal code = "7a14cd7c-990e-4629-9027-f573d50c7524"*
- *product barcode = SEE IMAGE of barcode*
- *product price = "price of the modifier"*
- *purchase goods = "Eligible Transaction"*
- *purchase price = "price of the modifier"*
- *purchase transactions = "Eligible Transaction"*
- *scanner = "QR code scanned in-store"*
- *special character = DIFFERENT CODES, "-"*
- *User Account = "Popeyes Rewards account"*
- *User ID Barcode = SEE IMAGE of barcode*
- *User Vendor Management Server = "computer on-line systems, servers"*
- *vendor cash register = "QR code scanned in-store"*
- *vendor server = "computer on-line systems, servers"*