**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:26-cv-00023-RWS |
| | § | |
| POPEYES LOUISIANA KITCHEN, INC., | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER</u>**

Before the Court are Defendant's (1) Motion to Dismiss for Failure to State a Claim (Docket No. 12), and (2) Unopposed Motion for Extension of Time to file its Reply in Support of its Motion to Dismiss (Docket No. 17). Defendant filed its unopposed motion for extension of time on April 29, 2026. Docket No. 17. The next day, Plaintiff filed its First Amended Complaint. Docket No. 19.

Generally, an amended complaint "supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994); *see also* 6 Wright & Miller, *Fed. Prac. & Proc.* § 1476 (3d ed. Apr. 2026 update) ("the identification of the particular allegations to be incorporated must be direct, clear, and explicit."). Similarly, a motion to dismiss a non-operative complaint is moot. *See New Orleans Ass'n of Cemetery Tour Guides & Companies v. New Orleans Archdiocesan Cemeteries*, 56 F.4th 1026, 1033 (5th Cir. 2023); *see also Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017).

Here, the First Amended Complaint does not incorporate the original complaint by reference. Accordingly, it is

**ORDERED** that Defendant's motion to dismiss (Docket No. 12) and unopposed motion for extension of time (Docket No. 17) are **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 5th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE