**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    **Plaintiff,** | **Civil Action No. 2:26-cv-00023-RWS** |
| **v.** | |
| **POPEYES LOUISIANA KITCHEN, INC.,**<br>    **Defendant** | **JURY TRIAL DEMANDED** |

**MOTION FOR ENTRY OF PROTECTIVE ORDER**

Wolverine Barcode IP, LLC ("Wolverine") respectfully requests entry of the attached protective order for this case. Plaintiff and Defendants conferred on May 26, 2026, and are in agreement on the attached protective order. The Order for this Motion is the Protective Order.

Sincerely,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

1

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendants on May 26, 2026, and the parties are in agreement on the dates in the attached protective order.

*/s/ William P. Ramey, III*
William P. Ramey, III

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 26, 2026, with a copy of the foregoing via e-mail and/or ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III

1