**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>　　**Plaintiff,** | **Civil Action No. 2:26-cv-00023-RWS** |
| **v.** | |
| **POPEYES LOUISIANA KITCHEN, INC.,**<br>　　**Defendant** | **JURY TRIAL DEMANDED** |

**MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Wolverine Barcode IP, LLC ("Wolverine") respectfully requests entry of the attached docket control order for this case.  Plaintiff and Defendants conferred on May 26, 2026, and are in agreement on the attached docket control order.  The Order for this Motion is the Docket Control Order.

Sincerely,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode, LLC***

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendants on May 26, 2026, and the parties are in agreement on the dates in the attached docket control order.

*/s/ William P. Ramey, III*
William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 26, 2026, with a copy of the foregoing via e-mail and/or ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III

1