**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00023-RWS |
| | § | |
| POPEYES LOUISIANA KITCHEN, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

**ORDER**

Before the Court are Plaintiff's: (1) Motion for Entry of Protective Order (Docket No. 24), (2) Motion for Entry of Docket Control Order (Docket No. 25), and (3) Motion for Entry of Discovery Order (Docket No. 26). Plaintiff avers that the parties agree on the contents of each motion and proposed order. After review, Plaintiff's motions (Docket Nos. 24–26) are **GRANTED.**

Furthermore, in setting the scheduling conference, the Court explained that it may enter the parties' proposed orders and cancel the scheduling conference. Docket No. 20. Based on Plaintiff's submissions, the Court finds that a scheduling conference is unnecessary in this case. Accordingly, it is

**ORDERED** that the scheduling conference previously scheduled for June 2, 2026 is **CANCELLED**.

**So ORDERED and SIGNED this 28th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE