## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | |
| **Plaintiff,** | **Civil Action No: 2:26-cv-00023** |
| **v.** | **PATENT CASE** |
| **POPEYES LOUISIANA KITCHEN, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Before the Court is Defendant's Motion for Extension of Time to file its Reply in support of its Motion to Dismiss for Failure to State a Claim.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

1