IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC,<br>Plaintiff, | |
| | Civil Action No. 2:26-cv-00023-RWS |
| v. | |
| POPEYES LOUISIANA KITCHEN, INC.,<br>Defendant | JURY TRIAL DEMANDED |

### PLAINTIFF/COUNTER-DEFENDANT'S ORIGINAL
### ANSWER TO COUNTERCLAIMS

Wolverine Barcode IP, LLC ("Wolverine") files this Original Answer to Defendant/Counter-Plaintiff Popeyes Louisiana Kitchen, Inc. ("Louisiana")'s Counterclaims.[1]

### COUNTERCLAIMS[2]

### PARTIES

1.  Admitted. [3]

2.  Admitted.

### JURISDICTION

3.  No response is necessary.

4.  Admitted.

5.  Admitted.

6.  Admitted.

### COUNT I: NON-INFRINGEMENT

---

[1] Doc. No. 23.

[2] Counterclaims begin on page 7 of Doc. No. 23.

[3] Each numbered paragraph corresponds to a numbered paragraph from Popeyes Louisiana Kitchen, Inc.'s counterclaims.

7. No response is necessary.

8. Admitted.

9. Denied.

10. No response is necessary.

## COUNT II: INVALIDITY

11. No response is necessary.

12. Admitted.

13. Denied.

14. No response is necessary.

PRAYER FOR RELIEF

Plaintiff denies that Defendant is entitled to the relief its seeks in its Prayer.

DEFENSES AND AFFIRMATIVE DEFENSES

Random alleges and asserts the following defenses and affirmative defenses in response to the allegations in the Complaint. Regardless of how such defenses are listed herein, Random undertakes the burden of proof only as to those defenses that are deemed affirmative defenses as amatter of law. In addition to the defenses described below, Random reserves all rights to amend or supplement these defenses as additional facts become known response is necessary.

- Altra has failed to allege how the patent is invalid;

- Altra has failed to allege how it is entitled to relief under Rule 11 or §1927; and,

- Altra has failed to allege how it is entitled to relief under §285.

Reservation of Additional Defenses

Random's investigation of this matter is ongoing. It reserves all defenses under the Federal Rules of Civil Procedure, the patent laws of the United States, other applicable state or

2

federal laws, and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Ramey LLP
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of June 4, 2026, with a copy of the foregoing via ECF.

*/s/ William P. Ramey, III*
William P. Ramey, III