**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:26-cv-00023-RWS |
| | § | |
| POPEYES LOUISIANA KITCHEN, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Popeyes Louisiana Kitchen, Inc.'s Unopposed Motion for Extension of Time to Reply to Defendant's Motion to Dismiss. Docket No. 32. After review, and because it is unopposed, Defendant's motion (Docket No. 32) is **GRANTED**. Accordingly, it is

**ORDERED** that Defendant shall file its reply in support of its motion to dismiss (Docket No. 22) no later than **June 12, 2026**.

**So ORDERED and SIGNED this 9th day of June, 2026.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE