## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>POPEYES LOUISIANA KITCHEN, INC., §<br>§<br>Defendant. §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00023-RWS |

## ORDER

Before the Court is Defendant Popeyes Louisiana Kitchen, Inc.'s Motion to Dismiss for Failure to State a Claim. Docket No. 22. The motion is fully briefed through a sur-reply. Docket Nos. 31, 35–36. The Court hereby **SETS** the motion (Docket No. 22) for an in-person hearing at **2 p.m.** on **October 7, 2026** in **Texarkana, Texas**.

So ORDERED and SIGNED this 22nd day of June, 2026.


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE