# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>**Plaintiff,**<br><br>v.<br><br>**POPEYES LOUISIANA KITCHEN, INC.,**<br>**Defendant.** | **Civil Action No. 2:26-cv-00023-RWS**<br><br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS BY WOLVERINE BARCODE IP, LLC AND POPEYES LOUISIANA KITCHEN, INC. WITHOUT PREJUDICE

Plaintiff Wolverine Barcode IP, LLC ("Wolverine") and Defendant Popeyes Louisiana Kitchen, Inc. ("Popeyes") jointly move pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c) for an order dismissing without prejudice all claims and counterclaims between them in Civil Action No. 2:26-cv-00023-RWS. In support, the parties state as follows:

1.      Wolverine filed this action alleging infringement of U.S. Patent No. 9,280,689 (the "'689 Patent").

2.      Popeyes answered Wolverine's First Amended Complaint and asserted counterclaims seeking declaratory relief concerning the '689 Patent.

3.      The parties have agreed that Wolverine's claims against Popeyes and Popeyes' counterclaims against Wolverine should be dismissed without prejudice.

4.      The parties therefore request that the Court dismiss without prejudice all claims and counterclaims between Wolverine and Popeyes, with each party bearing its own costs and attorneys' fees.

5.      Because the requested dismissal will resolve all claims and counterclaims between Wolverine and Popeyes, Popeyes' pending Motion to Dismiss Amended Complaint (Dkt. 22) should be denied as moot.

6.      The requested relief resolves all claims and counterclaims in Civil Action No. 2:26-cv-00023-RWS.

WHEREFORE, Wolverine and Popeyes respectfully request that the Court grant this Joint Motion, dismiss without prejudice all claims and counterclaims between them in Civil Action No. 2:26-cv-00023-RWS, deny Popeyes' pending Motion to Dismiss Amended Complaint as moot, and grant such other relief as the Court deems appropriate.

Dated: July 23, 2026

Respectfully submitted,

| | |
|---|---|
| **RAMEY LLP** | **FISH & RICHARDSON P.C.** |
| /s/ William P. Ramey, III | /s/ Riley J. Green |
| William P. Ramey, III | Neil J. McNabnay |
| Texas Bar No. 24027643 | Texas Bar No. 24002583 |
| wramey@rameyfirm.com | mcnabnay@fr.com |
| 5020 Montrose Blvd., Suite 800 | Lance E. Wyatt |
| Houston, Texas 77006 | Texas Bar No. 24093397 |
| Telephone: (713) 426-3923 | wyatt@fr.com |
| | Riley J. Green |
| **ATTORNEYS FOR PLAINTIFF** | Texas Bar No. 24131352 |
| **WOLVERINE BARCODE IP, LLC** | rgreen@fr.com |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 747-5070 |
| | Facsimile: (214) 747-2091 |
| | |
| | **COUNSEL FOR DEFENDANT** |
| | **POPEYES LOUISIANA KITCHEN, INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on July 23, 2026, upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ William P. Ramey, III
William P. Ramey, III

3