**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**POPEYES LOUISIANA KITCHEN, INC.,**<br>**Defendant.** | **Civil Action No. 2:26-cv-00023-RWS**<br><br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO DISMISS**

Before the Court is the Joint Motion to Dismiss Claims and Counterclaims Between Wolverine Barcode IP, LLC and Popeyes Louisiana Kitchen, Inc. Without Prejudice. Having considered the Motion, and because the requested relief is agreed, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that:

1.    All claims asserted by Wolverine Barcode IP, LLC against Popeyes Louisiana Kitchen, Inc. in Civil Action No. 2:26-cv-00023-RWS are DISMISSED WITHOUT PREJUDICE.

2.    All counterclaims asserted by Popeyes Louisiana Kitchen, Inc. against Wolverine Barcode IP, LLC in Civil Action No. 2:26-cv-00023-RWS are DISMISSED WITHOUT PREJUDICE.

3.    Wolverine Barcode IP, LLC and Popeyes Louisiana Kitchen, Inc. shall each bear their own costs and attorneys' fees.

4.    Popeyes Louisiana Kitchen, Inc.'s pending Motion to Dismiss Amended Complaint (Dkt. 22) is DENIED AS MOOT.

5.    The Clerk of Court shall close Civil Action No. 2:26-cv-00023-RWS.

All relief not expressly granted by this Order is denied.

1

IT IS SO ORDERED.