# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WOLVERINE BARCODE IP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:26-cv-00023-RWS |
| | § | |
| POPEYES LOUISIANA KITCHEN, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss by Wolverine Barcode IP, LLC and Popeyes Louisiana Kitchen, Inc. Without Prejudice. Docket No. 38. The parties jointly move, pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c) for an order dismissing without prejudice all claims and counterclaims between them, with each party bearing its own costs and attorneys' fees. *Id.* The Court, having reviewed the joint motion (Docket No. 38), determines that it should be **GRANTED**. Accordingly, it is

**ORDERED** that all claims and counterclaims asserted by the parties are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions, including Defendant's pending motion to dismiss (Docket No. 22), are **DENIED-AS-MOOT**. It further

**ORDERED** that the hearing on Defendant's motion to dismiss (Docket No. 22) set for October 7, 2026, is **CANCELLED**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 28th day of July, 2026.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE